# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHAU MANN, LLC, d/b/a Sushi Pop,**

        **Plaintiff,**

**-vs-**                                           **Case No.  6:11-cv-282-Orl-36KRS**

**SUSHI POP, LLC,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **CHAU MANN'S RENEWED MOTION TO BIFURCATE LOST PROFITS DISCOVERY (Doc. No. 40)**
>
> **FILED:**      **January 27, 2012**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The deadline to complete all discovery is March 15, 2012. Doc. No. 17. Accordingly, insufficient time remains in the discovery period to allow bifurcation of discovery. Further, in the experience of the undersigned bifurcation of discovery is inefficient and generally causes delay in litigation.

**DONE** and **ORDERED** in Orlando, Florida on February 13, 2012.

                                                           *Karla R. Spaulding*
                                                          KARLA R. SPAULDING
                                       UNITED STATES MAGISTRATE JUDGE